AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
                       Sheet 1

# UNITED STATES DISTRICT COURT
### District of New Mexico

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
| --- | --- |
| V. | (For **Revocation** of Probation or Supervised Release) |
| **Christopher P Gomez** | Case Number: **1:10CR00461-002MV and 2:13CR00265-001MV** |
| | USM Number: **54052-051** |
| | Defendant's Attorney: **Dean Clark** |

**THE DEFENDANT:**

☒  admitted guilt to violations of condition(s) **Mandatory, Special** of the term of supervision.

☐  was found in violation of condition(s)  after denial of guilt.

The defendant is adjudicated guilty of these violations:

| *Violation Number* | *Nature of Violation* | *Violation Ended* |
| --- | --- | --- |
| Mandatory Condition | The defendant failed to refrain from any unlawful use of a controlled substance. | 09/08/2022 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984 .

☐  The defendant has not violated condition(s)  and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| **4295** | **March 21, 2023** |
| --- | --- |
| Last Four Digits of Defendant's Soc. Sec. No. | Date of Imposition of Judgment |
| | |
| **1983** | **/s/ Martha Vazquez** |
| Defendant's Year of Birth | Signature of Judge |
| | |
| | **Honorable Martha Vazquez** |
| **Las Cruces, NM** | **Senior United States District Judge** |
| City and State of Defendant's Residence | Name and Title of Judge |
| | |
| | **April 18, 2023** |
| | Date |

AO 245D (Rev. 09/19)    Judgment in a Criminal Case for Revocations
                        Sheet 1A                                                                  Judgment - Page 2 of 3

DEFENDANT: **Christopher P Gomez**
CASE NUMBER: **1:10CR00461-002MV and 2:13CR00265-001MV**

## ADDITIONAL VIOLATIONS

| *Violation Number* | *Nature of Violation* | *Violation Ended* |
|---|---|---|
| Special Condition | The defendant failed to participate in an inpatient substance abuse treatment program. | 09/09/2022 |

AO 245D (Rev. 09/19)  Judgment in a Criminal Case for Revocations
Sheet 2 - Imprisonment

Judgment - Page 3 of 3

DEFENDANT: **Christopher P Gomez**
CASE NUMBER: **1:10CR00461-002MV and 2:13CR00265-001MV**

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: **14 months**.

**A term of 12 months imprisonment is imposed as to case CR 10-461-MV and 14 months in CR 13-265-MV, to be run concurrently, for a total term of imprisonment of 14 months.**

**Pursuant to Section 5D1.1(a), the Court will not impose a term of supervised release.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.
☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at  on .
  ☐ as notified by the United States Marshal.
☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to
_____ at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL